# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FRANKIE DEWAYNE VON HOLT**                                                       **PETITIONER**
**ADC #124602**

### CASE NO. 4:20-CV-211-BD

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on August 6, 2020, it is

CONSIDERED, ORDERED, and ADJUDGED that Frankie Dewayne Von Holt's

petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED, WITH

PREJUDICE.

DATED this 7th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE